IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-cr-087 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| LISA WROTEN, | : | |
| Defendant. | | |

### ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Wroten, and for good cause shown, Defendant Wroten is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Wroten has not been convicted of violating a federal or state law relating to controlled substances, nor has she been previously subject to disposition under this section.

The Court places Defendant Wroten on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including the following special conditions that Defendant Wroten: (1) participate in a mental health treatment program at the direction of her Probation Officer; Defendant Wroten shall make a co-payment for treatment services not to exceed $25.00 per month, which is determined by the Defendant's ability to pay; (2) resolve the pending case warrant/block in Franklin Municipal Court, Docket # 16-04-TRD-1749 within 60 days; (3) work toward reinstating her license; Defendant Wroten shall make a monthly payment of at least $75.00 toward her reinstatement fees; (4) Defendant Wroten shall not drive without a valid driver's license. The mandatory $1,000.00 fine, costs of prosecution, and special assessment are WAIVED due to the imposition of the prejudgment probation sentence. The imposition of probation is entered

without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Wroten's completion of the probationary period.

January 5, 2017

                                                <u>s/Sharon L. Ovington</u>
                                                   Sharon L. Ovington
                                          United States Magistrate Judge